## THE PEOPLE EX REL. JOHN T. BAKER, *v.* THE BOARD OF APPORTIONMENT.

*Appeal papers — correction of — when not allowed after argument.*

A motion for leave to amend appeal papers after argument and decision at General Term, on the ground that the correction of a mistake therein, would show that a point decided against the applicant, had been waived, will be denied when it appears that the point was argued, and the applicant supposed it not well taken, and, on the decision, finding himself mistaken, made the application for the correction.

MOTION for leave to amend appeal papers.

Opinion by DONOHUE, J.

Motion denied.

---

## JULIUS A. CANDEE, ASSIGNEE, ETC., OF DE WITT C. WEEKS, RESPONDENT, *v.* WALTER KEELER, APPELLANT.

IN this case, the clerk of the court states that the opinion of DONOHUE, J., has been lost.

*Alfred McIntire*, for the appellant.

*Luther R. Marsh*, for the respondent.

Judgment affirmed.